UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) No. 4:23-CR-160 HEA ) |
| CORA WILLARD, | ) ) |
| Defendant. | ) ) |

### ORDER

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing set in this matter for November 21, 2025, is reset to **November 25, 2025, at 2:30 p.m.** in the courtroom of the undersigned.

Dated this 19th day of November, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE